HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

J.T. et al.,

           Plaintiffs,

    v.

REGENCE BLUESHIELD, et al.,

           Defendants.

CASE NO. C12-90 RAJ

ORDER

This matter comes before the court on the parties' stipulation regarding the proper method to bring this action to conclusion. Dkt. # 86.

The parties represent that they may be able to settle J.T.'s claims. If no settlement can be reached, the parties agree that the court should make a decision based on an administrative review of the record, rather than a live trial. With respect to S.A., defendant maintains that it is entitled to entry of judgment, and S.A. disagrees. The parties would like the court to set a briefing schedule for defendant's motion for entry of judgment. If judgment is entered, no additional proceedings will be necessary. However, if judgment is not entered, the parties would like to proceed on an administrative review of the record, rather than a live trial.

To streamline the briefing schedules, the court finds as follows:

ORDER- 1

1. The parties shall notify the court no later than October 11 whether they have settled J.T.'s claims.

2. Defendants shall file a motion for entry of judgment no later than October 10, 2013, and note the motion for November 1, 2013. S.A.'s opposition shall be due October 28, 2013, and defendants' reply shall be due November 1, 2013.

3. The court will not set briefing for J.T. or S.A. under *Kearney v. Standard Ins. Co.*, 175 F.3d 1084 (9th Cir. 1999) until the court has resolved the motion for entry of judgment for S.A.

Dated this 2d day of October, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2