HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.T., et al., <br><br>           Plaintiffs, <br><br>     v. <br><br> REGENCE BLUESHIELD, et al., <br><br>           Defendants. | NO. 2:12-cv-00090-RAJ <br><br> [PROPOSED] <br> ORDER RE: CONTINUED STAY <br><br> NOTED FOR CONSIDERATION: <br>    June 26, 2014 |

### I.  ORDER

Counsel for all parties have moved this Court to continue the stay this of action, *see* Dkt No. 105, given active and ongoing settlement discussions.  The Court, having found good cause, STAYS this case until August 14, 2014.  Either party may move, prior to the expiration of the stay, to lift the stay if an impasse is declared by that party.

DATED this 30th day of June, 2014.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER RE: CONTINUED STAY - 1
[Case No. 2:12-cv-00090-RAJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246